1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-00289-RS |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| vs. | |
| PEET'S OPERATING COMPANY, INC. dba PEET'S COFFEE & TEA; LAFAYETTE PLAZA CENTER, LLC; | |
| Defendants. | |

Notice is hereby given that Plaintiff Francisca Moralez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that she be given to and including May 12, 2017 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: April 12, 2017                          MISSION LAW FIRM, A.P.C.

                                               */s/ Zachary M. Best*
                                               Zachary M. Best
                                               Attorney for Plaintiff,
                                               Francisca Moralez

NOTICE OF SETTLEMENT OF ENTIRE ACTION

Page 1