Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>PEET'S OPERATING COMPANY, INC. dba PEET'S COFFEE & TEA; LAFAYETTE PLAZA CENTER, LLC;<br><br>   Defendants. | Case No. 3:17-cv-00289-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 5, 2017                    MISSION LAW FIRM, A.P.C.

                                     */s/ Zachary M. Best*
                                     Zachary M. Best
                                     Attorney for Plaintiff,
                                     Francisca Moralez